[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14385
Non-Argument Calendar
_____

D.C. Docket No. 9:14-cv-80866-DMM


EAST OKEECHOBEE PALMS, LLC,
a Florida limited liability company,
LAKESIDE PALM BEACH EAST MHP, LLC,
a New York limited liability company,

Plaintiffs - Appellants,


versus


RICHARD KELLAM,
an individual,
ARCAP LC,
a Virginia limited liability,
LAKESIDE AGENCY,
a Virginia D/B/A,
COMPANY MANAGER LC,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(February 6, 2016)

Before TJOFLAT, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

The District Court on February 23, 2015, entered an order dismissing appellants' amended complaint for lack of personal jurisdiction. Doc. 47. On August 28, 2015, the court denied appellants' motion for relief filed pursuant to Rules 59(a)(2) and (e) and Rules 60(b)(3) and (6) of the Federal Rules of Civil Procedure. Doc. 57. Appellants appeal both orders. Doc. 58.

We find no error in the District Court's order dismissing that amended complaint for lack of personal jurisdiction or its order denying relief under Rules 59 and 60.

AFFIRMED.

2